# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RASUL MUHAMMAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 19-cv-7744 |
| v. ) | |
| ) | Judge Matthew F. Kennelly |
| ARTHUR J. GALLAGHER & CO. ) | Magistrate Judge Jeffrey T. Gilbert |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rasul Muhammad and Defendant Arthur J. Gallagher & Co. by and through their respective undersigned counsel, jointly stipulate to the dismissal without prejudice of the instant action, with leave to reinstate prior to March 31, 2020, each party to bear its own costs and attorney's fees. If no motion to reinstate is filed prior to March 31, 2020, the dismissal will automatically convert to a dismissal with prejudice with no further action required by the Court or by the parties.

STIPULATED AND AGREED:

| | |
|---|---|
| s/ *R. Joseph Kramer* | s/*Heather Adams* |
| R. Joseph Kramer | Heather Adams |
| KRAMER INJURY LAW LLC | ICE MILLER |
| 225 W. Washington Street, Ste. 2200 | 200 W. Madison St., Suite 3500 |
| Chicago, IL 60606 | Chicago, IL 60606 |
| Phone: (312) 775-1012 | Phone: (312) 726-7312 |
| Joe@rjklawyer.com | heather.adams@icemiller.com |
| | |
| *Attorney for Plaintiff Muhammad* | *Attorney for Defendant Arthur J. Gallagher & Co.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on February 25, 2020.

*/s/* R. Joseph Kramer
R. Joseph Kramer